JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cesar Rodriguez, ) | NO. CV 20-10671 FMO (JEMx) |
| Plaintiff(s), ) | |
| v. ) | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| County of Los Angeles et al, ) | |
| Defendant(s). ) | |

Having been advised by counsel that the above-entitled action has been settled, IT IS ORDERED that the above-captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within **60 days from the filing date of this Order,** to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated this 16th day of November, 2021.

/s/
_____
Fernando M. Olguin
United States District Judge